SEALED
FILED
2018 OCT 18 PM 1:44
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-488-T-02-CPT
     18 U.S.C. § 922(g)(1)

MICHAEL BAUN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 21, 2018, in the Middle District of Florida, the defendant,

MICHAEL BAUN,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Fleeing or Eluding a Police Officer**, on or about September 28, 2016;

2. **Possession of Methamphetamine**, on or about May 1, 2017; and

3. **Possession of a Methamphetamine**, on or about March 29, 2018,

did knowingly possess, in and affecting foreign commerce, a firearm and ammunition, that is, a .45 Long Colt caliber revolver, and six rounds of 45 Long Colt caliber ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL BAUN

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 18th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\B\Baun, Michael_2018R02436_NHA\f_Indictment Back.docx